# MINUTE ORDER

CASE NUMBER:   CIVIL NO. 20-00173 LEK-RT

CASE NAME:   Tobius Davies vs. Sgt. Lana Heick et al.,

JUDGE:   Leslie E. Kobayashi          DATE:          10/19/2020

COURT ACTION:   EO Denying as Moot Davies' Motion (Dkt. 20) for a Status Conference.

On 9/29/20, the Court issued an order dismissing the Second Amended Complaint in part and directing service. The Court mailed a copy of the order to Davies at his address of record. In light of Davies' 10/19/20 Motion for Status Update and Motion for Change of Address [Dkt. 20], the Clerk is directed to update Davies' address of record and mail another copy of the Court's 9/29/20 [Dkt. 17] order to Davies at his updated address of record. Davies' motion for a status update is DENIED as moot.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager